United States Bankruptcy Court
District of Puerto Rico

In re:     Case No. 24-03979-ESL
MEILING MARIE PUEN CONSUEGRA     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0104-3     User: admin     Page 1 of 2
Date Rcvd: Oct 17, 2024     Form ID: n5009     Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | MEILING MARIE PUEN CONSUEGRA, URB VILLAS DE SAN MIGUEL, 46 CALLE SAN MIGUEL, BAYAMON, PR 00959-7747 |
| 5219605 | | HOME DEPOT CREDIT SERVICES, PO BOX 70328, SAINT LOUIS, MO 63179 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: bankruptcy@hacienda.pr.gov | Oct 17 2024 18:48:00 | DEPARTAMENTO DE HACIENDA, PO BOX 9024140, OFICINA 424-B, SAN JUAN, PR 00902-4140 |
| smg | + | Email/Text: Quiebras@trabajo.pr.gov | Oct 17 2024 18:48:00 | PR DEPARTMENT OF LABOR, PO BOX 195540, HATO REY, PR 00919-5540 |
| smg | | Email/Text: quiebra@justicia.pr.gov | Oct 17 2024 18:48:00 | FEDERAL LITIGATION DEPT. OF JUSTICE, PO BOX 9020192, SAN JUAN, PR 00902-0192 |
| smg | | Email/Text: ustpregion21.hr.ecf@usdoj.gov | Oct 17 2024 18:48:00 | US TRUSTEE, EDIFICIO OCHOA, 500 TANCA STREET SUITE 301, SAN JUAN, PR 00901-1922 |
| 5219600 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 17 2024 18:48:00 | APPLE CARD / GS BANK USA, PO BOX 7247, LOCK BOX 6112, PHILADELPHIA, PA 19170-0001 |
| 5219599 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 17 2024 18:48:00 | Apple Card, 11850 S ELECTION RD, DRAPER, UT 84020-6814 |
| 5219601 | | Email/Text: hildaris.burgos@popular.com | Oct 17 2024 18:48:00 | BANCO POPULAR, PO BOX 362708, SAN JUAN, PR 00936-2708 |
| 5219602 | + | Email/Text: hildaris.burgos@popular.com | Oct 17 2024 18:48:00 | BPPR MASTERCARD, PO BOX 71589, SAN JUAN, PR 00936-8689 |
| 5219603 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 18:48:00 | DEPT OF ED, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 5219604 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 18:48:00 | DEPT OF EDUCATION, PO BOX 82561 LINCOLN, LINCOLN, NE 68501-2561 |
| 5219606 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2024 18:56:44 | HOME DEPOT CREDIT SERVICES, PO BOX 70600, PHILADELPHIA, PA 19176-0600 |
| 5219608 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2024 18:55:09 | JPMCB CARD SERVICES, 301 N WALNUT ST FLOOR 09, WILMINGTON, DE 19801 |
| 5219607 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 17 2024 18:55:12 | JPMCB CARD SERVICES, PO BOX 15369, WILMINGTON, DE 19850 |
| 5219609 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 18:56:40 | PAYPAL CREDIT / SYNCB, PO BOX 71707, PHILADELPHIA, PA 19176-1707 |
| 5219610 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 18:55:49 | PAYPAL CREDIT SVCS SYNCB, PO BOX 71718, PHILADELPHIA, PA 19176-1718 |

Case:24-03979-ESL7   Doc#:12   Filed:10/19/24   Entered:10/20/24 00:36:14   Desc: Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0104-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 17, 2024 | Form ID: n5009 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 5219611 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 18:56:44 | SYNCB/PPC, PO BOX 530975, ORLANDO, FL 32896-0001 |
| 5219612 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 18:56:41 | SYNCB/TJX CO DC, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 5219613 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 17 2024 18:56:47 | THE HOME DEPOT, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5219614 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 17 2024 18:55:56 | TJX REWARDS - SYNCB, PO BOX 669819, DALLAS, TX 75266-0773 |
| 5219615 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 17 2024 18:48:00 | US DEPARMENT OF EDUCATION c/o NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAIME RODRIGUEZ PEREZ | on behalf of Debtor MEILING MARIE PUEN CONSUEGRA jrpcourtdocuments@gmail.com ezdocsjaimelawoffice@gmail.com, |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| ROBERTO ROMAN VALENTIN | romanchpt7@gmail.com  rroman@ecf.axosfs.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

| | |
|---|---|
| *In re:*<br><br>MEILING MARIE PUEN CONSUEGRA<br><br><br>*xxx−xx−2768*<br><br>Debtor(s) | Case No. 24−03979 ESL<br><br>Chapter 7<br><br><br><br>FILED & ENTERED ON<br>*10/17/24* |

**NOTICE**

   You are hereby notified that the Trustee appointed in this case has filed a Report of No Distribution.

   You must file any objections you may have to said report in writing, within thirty (30) days from notice of this notice, and notify the objection to the U. S. Trustee, the Trustee and the Debtor(s).

   Pursuant to Rule 5009 of the Federal Rules of Bankruptcy Procedure, if no timely objection is filed by any party in interest, the Court may enter an order discharging the Trustee, canceling his bond and closing the case pursuant to 11 U.S.C. Section 350(a).

   San Juan, Puerto Rico, this *October 17, 2024*

WILMA JAIME
Clerk of the Court

cc: all creditors

By:
Deputy Clerk